DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

18 U.S.C. §371
18 U.S.C. §659
18 U.S.C. §2

UNITED STATES OF AMERICA, )
)
vs. )
)
PABLO ANAYA, )
EDUARDO VILAHO RODRIGUEZ, )
JOSE ALBERTO MENDEZ, )
a/k/a "Albertico," )
DIORKI MEDINA, )
RAMON VILLARES, )
ALDO FERNANDEZ, )
YOSMANY NUNEZ, )
LASANDRO PEREZ, )
JUAN VERGARA, )
VICTORINO VENANCIO LOPEZ, )
FRANCISCO ORTEGA, )
a/k/a "Frank," )
GUILLERMO REYES, )
a/k/a "Billy," )
ADRIANO MARTINEZ, )
ISMAEL ENG, )
a/k/a "Chino," and )
JOSE ENRIQUE SANCHEZ, )
a/k/a "Ricky," )
Defendants. )
)




SEALED INDICTMENT

The Grand Jury charges that:



COUNT I

1. Beginning in or about October, 1999, the exact date unknown to the Grand Jury and continuing thereafter until on or about December 3, 1999 in the Southern District of Florida and elsewhere, the defendants,

PABLO ANAYA,
EDUARDO VILAHO RODRIGUEZ,
JOSE ALBERTO MENDEZ,
a/k/a "Albertico,"
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
YOSMANY NUNEZ,
LASANDRO PEREZ,
JUAN VERGARA,
VICTORINO VENANCIO LOPEZ,
FRANCISCO ORTEGA,
a/k/a "Frank,"
GUILLERMO REYES,
a/k/a "Billy,"
ADRIANO MARTINEZ,
ISMAEL ENG,
a/k/a "Chino,"and
JOSE ENRIQUE SANCHEZ,
a/k/a "Ricky,"

knowingly and willfully combined, conspired, confederated and agreed with each other and with persons unknown to the Grand Jury to receive and possess goods and chattels of a value in excess of $1,000 which had been stolen from motor trucks and storage facilities, while said goods and chattels were moving as and were a part of an interstate shipment of freight, in violation of Title 18, United States Code, Section 659.

OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy that the defendants would unlawfully enrich themselves by knowingly and willfully receiving and possessing goods and chattels which had been stolen from motor trucks and storage facilities and subsequently reselling them.

MANNER AND MEANS OF THE CONSPIRACY

3. It was a part of the conspiracy that the defendants PABLO ANAYA, EDUARDO VILAHO RODRIGUEZ, JOSE ALBERTO MENDEZ, a/k/a "Albertico," DIORKI MEDINA, RAMON VILLARES, ALDO FERNANDEZ, LASANDRO PEREZ, ADRIANO MARTINEZ, YOSMANY NUNEZ, JUAN VERGARA and VICTORINO VENANCIO LOPEZ would participate in transporting stolen goods and chattels to and from warehouses located in Broward and Palm Beach Counties.

4. It was further a part of the conspiracy that the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" and ISMAEL ENG, a/k/a "Chino" would participate in securing warehouses located in Broward and Palm Beach Counties to store stolen goods and chattels.

5. It was further a part of the conspiracy that the defendants FRANCISCO ORTEGA, a/k/a "Frank," GUILLERMO REYES, a/k/a "Billy," JOSE ENRIQUE SANCHEZ, a/k/a "Ricky," and ISMAEL ENG, a/k/a "Chino" would participate in buying and selling stolen goods and chattels throughout Miami-Dade, Broward and Palm Beach Counties.

OVERT ACTS

6. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Florida and elsewhere:

(a) On or about October 15, 1999, the defendant PABLO ANAYA transported a load of stolen Cannon toner cartridges to a warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida, Bay C-115.

(b) On or about October 15, 1999, the defendant JOSE ALBERTO MENDEZ, a/k/a "Albertico," helped defendant PABLO ANAYA park the truck which contained the load of stolen Cannon toner cartridges into Bay C-115 of the warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida.

(c) On or about October 15, 1999, the defendants DIORKI MEDINA and RAMON VILLARES participated in abandoning the truck which contained the load of stolen Cannon toner cartridges.

(d) On or about October 16, 1999, the defendants PABLO ANAYA, EDUARDO VILAHO RODRIGUEZ, JOSE ALBERTO MENDEZ, a/k/a "Albertico," DIORKI MEDINA, RAMON VILLARES, ALDO FERNANDEZ, LASANDRO PEREZ, and ADRIANO MARTINEZ participated in removing the load of stolen Cannon toner cartridges from Bay C-115 of the warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida.

(e) On or about October 16, 1999, the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky," and ISMAEL ENG, a/k/a "Chino," received a portion of the load of stolen Cannon toner cartridges.

(f) On or about November 6 and 7, 1999, the defendants YOSMANY NUNEZ, JUAN VERGARA, and VICTORINO VENANCIO LOPEZ transported a load of stolen household products to a warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

(g) On or about November 6 and 7, 1999, the defendants YOSMANY NUNEZ, JUAN VERGARA, and VICTORINO VENANCIO LOPEZ moved a load of stolen household products into a warehouse located at 3637 N.W. 19th Street, Fort Lauderdale.

(h) On or about November 8, 1999, the defendants YOSMANY NUNEZ and ISMAEL ENG, a/k/a "Chino" participated in abandoning the tractor trailer which had contained the load of stolen household products.

(i) On or about November 17, 1999, the defendant ADRIANO MARTINEZ participated in removing the load of stolen household products from the warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

(j) On or about November 17, 1999, the defendants FRANCISCO ORTEGA, a/k/a "Frank" and GUILLERMO REYES, a/k/a "Billy" received a portion of the load of stolen household products.

(k) On or about December 2, 1999, the defendant ADRIANO MARTINEZ transported a load of stolen Crayola Crayons from a warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

(l) On or about December 2, 1999, defendants ADRIANO MARTINEZ, YOSMANY NUNEZ, and JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" met at the D'Neme Imports warehouse at 1773 NW 21st Street in Miami, Florida.

(m) On or about December 2, 1999, the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" and ISMAEL ENG, a/k/a "Chino" sold the load of stolen Crayola Crayons.

All in violation of Title 18, United States Code, Section 371.

COUNT II

From on or about October 14, 1999 through on or about November 2, 1999, in the Southern District of Florida and elsewhere, the defendants,

PABLO ANAYA,
EDUARDO VILAHO RODRIGUEZ,
JOSE ALBERTO MENDEZ,
a/k/a "Albertico,"
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
LASANDRO PEREZ,
ADRIANO MARTINEZ,
ISMAEL ENG,
a/k/a "Chino,"and
JOSE ENRIQUE SANCHEZ,
a/k/a "Ricky,"

did knowingly and willfully receive and possess stolen goods and chattels of a value in excess of $1,000, that is, Cannon toner cartridges, which had been stolen from a motor truck and storage facility while said goods and chattels were moving as and were a part of an interstate shipment of freight; in violation of Title 18, United States Code, Sections 659 and 2.

COUNT III

From on or about November 6, 1999 through on or about November 18, 1999, in the Southern District of Florida, and elsewhere, the defendants,

YOSMANY NUNEZ,
JUAN VERGARA,
VICTORINO VENANCIO LOPEZ,
ISMAEL ENG
a/k/a "Chino,"
ADRIANO MARTINEZ,
FRANCISCO ORTEGA,
a/k/a "Frank," and
GUILLERMO REYES,
a/k/a "Billy,"

did knowingly and willfully receive and possess stolen goods and chattels of a value in excess of $1,000, that is, household products, which had been stolen from a motor truck and storage facility while said goods and chattels were moving as and were part of an interstate shipment of freight; in violation of Title 18, United States Code, Sections 659 and 2.

COUNT IV

From on or about November 25, 1999 through on or about December 3, 1999, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

JOSE ENRIQUE SANCHEZ,
a/k/a "Ricky,"
ADRIANO MARTINEZ,
YOSMANY NUNEZ, and
ISMAEL ENG,
a/k/a "Chino,"

did knowingly receive and possess stolen goods and chattels of value in excess of $1,000, that is, Crayola Crayons, which had been stolen from a motor truck and storage facility while said goods and chattels were moving as were a part of an interstate shipment of freight; in violation of Title 18, United States Code, Sections 659 and 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ______________

v. **CERTIFICATE OF TRIAL ATTORNEY***

PABLO ANAYA et. al

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect Spanish

4. This case will take 10 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | X | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | x |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. ______________
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of ______________
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes X No

Donald F. Chase, II

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: PABLO ANAYA No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property
18 U.S.C. §371
*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:
Theft of Interstate Shipment of Property
18 U.S.C. §659
*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: EDUARDO VILAHO RODRIGUEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: JOSE ALBERTO MENDEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: DIORKI MEDINA No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property
18 U.S.C. §371
*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:
Theft of Interstate Shipment of Property
18 U.S.C. §659
*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: RAMON VILLARES No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property
18 U.S.C. §371
*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:
Theft of Interstate Shipment of Property
18 U.S.C. §659
*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: ALDO FERNANDEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: LASANDRO PEREZ No.: ____

Counts # 1:

Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: YOSMANY NUNEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 3:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #: 4
Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: JUAN VERGARA No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property
18 U.S.C. §371
*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 3:
Theft of Interstate Shipment of Property
18 U.S.C. §659
*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: VICTORINO VENACIO LOPEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property
18 U.S.C. §371
*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 3:
Theft of Interstate Shipment of Property
18 U.S.C. §659
*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: FRANCISCO ORTEGA No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 3:

Theft of Interstate Shipment of Property

18 U.S.C §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: GUILLERMO REYES No.:___________

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. § 371

*Max Penalty: 5 years' imprisonment; $250,000 fine

Count #3:

Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. §§ 659; 2

*Max Penalty: 10 years' imprisonment; $250,000 fine

Count #:

___________________________________

___________________________________

*Max Penalty: ___________________________________

Count #:

___________________________________

___________________________________

*Max Penalty: ___________________________________

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ADRIANO MARTINEZ No.:__________

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. § 371

*Max Penalty: 5 years' imprisonment; $250,000 fine

Count #2, 3, 4:

Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. §§ 659; 2

*Max Penalty: 10 years' imprisonment; $250,000 fine

Count #:

____________________

____________________

*Max Penalty: ____________________

Count #:

____________________

____________________

*Max Penalty: ____________________

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ISMAEL ENG No.:

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. § 371

*Max Penalty: 5 years' imprisonment; $250,000 fine

Count #2, 3, 4:

Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. §§ 659; 2

*Max Penalty: 10 years' imprisonment; $250,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: JOSE ENRIQUE SANCHEZ No.:

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property

18 U.S.C. §371

*Max Penalty: 5 years' imprisonment; $250,000 fine.

Counts # 2:

Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #: 4
Theft of Interstate Shipment of Property

18 U.S.C. §659

*Max Penalty: 10 years' imprisonment; $250,000 fine.

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96