## United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

JOSE ENRIQUE SANCHEZ

**TO: The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER: **00-6360 CR-DIMITROULEAS**
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ___ JOSE ENRIQUE SANCHEZ ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit theft of interstate shipment of property and theft of interstate shipment of property,

in violation of Title 18 United States Code, Sections 371, 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, FL
Date and Location

Bail fixed at Pre-Trial Detention is recommended   by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |