UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6360DIMITROULEAS

UNITED STATES OF AMERICA

V.

MINUTE ORDER

EDUARDO VILAHO RODRIGUEZ
JUAN VERGARA
GUILLERMO REYES
ISMAEL ENG
JOSE ENRIQUE SANCHEZ



FILED by _____ D.C.

JAN 3 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

On December 19, 2000 an Indictment was returned for the above named defendants. The defendants not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 31st Day of January, 2001 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

CLARENCE MADDOX,
CLERK OF COURT

BY: _____
KAREN A. CARLTON
DEPUTY CLERK