# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOSE SANCHEZ (J)# | CASE NO: | 00-6360-CR-Dimitrouleas |
| AUSA: | Don Chase _Cucoba_ | ATTY: | David Edelstein (not present) |
| AGENT: | | VIOL: | 18:371, 659 |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

**INTERPRETER REQUIRED**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| (INQUIRY RE COUNSEL): | 11-26-03 | 10:00 AM | BSS | |
| PTD/BOND HEARING: | 11-26-03 | 10:00 AM | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-26-03 | 10:00 AM | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 11-24-03   TIME: 11:00am   FTL/BSS TAPE # 02- 102   Begin: 1303   End: 1482