**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-6360-CR-WPD__

UNITED STATES OF AMERICA.

Plaintiff.

v.    JOSE SANCHEZ

Defendant.

_____ /

RECEIVED & FILED IN OPEN COURT
ON _11-24-03_ AT
_PTC_, FLA.
Carlos Juenke Clerk
United States District Court
Southern District of Florida

ORDER ON INITIAL APPEARANCE
Language __Spanish__

Tape No. __03- 102__

AUSA __Chase / Ruesba__

Agent _____

The above-named defendant having been arrested on _____11-24-03_____, having
appeared before the court for initial appearance on _____11-24-03_____
and proceedings having been held in accordance with F.R.C.P. 5 or 40(a). it is thereupon

ORDERED as follows:
1. _David Edelstein_ _will be retained_ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on
   _____ _11-26-03_ _10:00 am_ 20__
4. Arraignment/XXXXXXXXXXXXXX/Identity hearing is set for __11-26-03__ _10:00 am_
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for __11-26-03  10:00.__
6. The defendant shall be released from custody upon posting of the following type of appearance bond.
   pursuant to 18 U.S.C. 3142:
   PTD REquested
   _____

   _____

   This bond shall contain the standard conditions of bond printed in the form of this Court and. in
addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

_____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in

   person: other: _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances

   prohibited by law.

_____ d. Maintain or actively seek full-time gainful employment.

_____ e. Maintain or begin an educational program.

_____ f. Avoid all contact with victims of or witnesses to the crimes charged.

_____ g. Refrain from possessing a firearm. destructive device or other dangerous weapon.

_____ h. Comply with the following curfew: _____

SD:F M-1
Rev 01:00

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest          _____

On Warrant       _____

After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED Ft. Lauderdale , this  24  day of ___November___ ,20 03 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal
GOLD to Pretrial Services

SD/F M-1
Rev 01/00