UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW DAVID M. EDELSTEIN and enters his appearance as attorney of record for the above-named Defendant. The undersigned respectfully requests that copies of the information or indictment filed against the Defendant herein be forwarded to undersigned counsel together with copies of all notices of hearing so as to insure the prompt appearance of the Defendant and Counsel as may be required by the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Donald Chase, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 on this 19th day of November, 2003.

Respectfully submitted,

DAVID M. EDELSTEIN, P.A.
1680 Michigan Avenue, Ste. 919
Miami Beach, Florida 33139
Tel: 305.538.4545
Fax: 305.674.3805

BY: _____
David M. Edelstein
Attorney for Defendant
Florida Bar No: 63665