AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II   FBE-530610

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE ENRIQUE SANCHEZ

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6360-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest   JOSE ENRIQUE SANCHEZ
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to commit theft of interstate shipment of property, and theft of interstate shipment of property,

in violation of Title 18 United States Code, Sections 371, 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at Pre-Trial Detention is recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, Fl
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at Ft. LaUDERDALE, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/19/00 | Christina Pharo, US Marshal S/D FL | [signature] John Walker, ASDUSM |
| DATE OF ARREST 11/24/03 | | |