## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JOSE SANCHEZ (J)#　　　　　　CASE NO: 00-6360-CR-Dimitrouleas
AUSA: Don Chase /s/　　　　　　　　ATTY: David Edelstein present
AGENT:　　　　　　　　　　　　　　　VIOL:
PROCEEDING: PTD HRG/ARRAIGNMENT　　RECOMMENDED BOND:
BOND HEARING HELD - yes (no)　　　COUNSEL APPOINTED:
BOND SET @: $100,000 CSB w/Nebbia　To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**INTERPRETER REQUIRED**

No Bond hrg held. Both sides stip to a $100,000 CSB w/nebbia reserving right to PTD hrg at a later date.

NEXT COURT APPEARANCE:　DATE:　TIME:　JUDGE:　PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 12-11-03　11:00AM　LSS

DATE: 11-26-03　TIME: 11:00am　FTL/BSS TAPE # 02-103　Begin: 2190　End: 2310

371/89