

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6360-CR-Dimitrouleas

UNITED STATES OF AMERICA

       vs

   Jose Sanchez

ARRAIGNMENT INFORMATION SHEET

     The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on ___11-26-03___ , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:_____ In Custody _____

                             _____

                  Telephone:_____

DEFENSE COUNSEL:   Name:_____ David Edelstein _____

                  Address:_____

                             _____

                  Telephone:_____

                     NO BOND HRG HELD-Both sides stip. to $100,000 CSB

BOND SET/CONTINUED:  $_ w/nebbia, reserving the right to a PTD hrg at_ a later date.

Bond hearing held:  yes_____   no____  Bond hearing set for_____

Dated this___26___day of ____November_____,20_03_.

                    CLARENCE MADDOX
                    COURT ADMINISTRATOR/CLERK OF COURT

                    By:_____
                    Deputy Clerk
                         03-103
                    Tape No._____

cc: Copy for Judge