UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ

    Defendant.
_____/

**NIGHT BOX FILED**
DEC 2 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### DEFENDANT'S MOTION TO CONSOLIDATE FOR PURPOSES OF PLEA AND SENTENCING

COMES NOW THE DEFENDANT, JOSE ENRIQUE SANCHEZ, by and through undersigned counsel, pursuant to Rule 3.9 (C) of the Local Rules, and moves this Honorable Court to consolidate the recently filed action, case number 03-20905-CR-HUCK with the above-captioned case. In support thereof, the DEFENDANT, JOSE ENRIQUE SANCHEZ, would state the following grounds:

1. As a preliminary matter, the undersigned would like to inform the Court that a similar motion was filed in case number 03-20905-CR-HUCK. That motion was denied by Judge Huck on November 12th.

2. Before case number 03-20905-CR-HUCK was filed in the first week of November, the DEFENDANT, JOSE ENRIQUE SANCHEZ, had two pending cases: the above-captioned case, and a Broward County state case before the Honorable Alfred Horowitz. The DEFENDANT was sentenced on the state case on November 20th.

3. For the past eight months, the undersigned has been waiting for the U.S. Attorney's office to file an information in case number 03-20905-CR-HUCK. To the best of his ability, the undersigned had attempted to avoid taking any action on the prior existing state and federal cases until such time as the information was filed in the present



case. The purpose of this was to avoid additional criminal history points in the two federal cases. Unfortunately, at the last trial setting on the state case, Judge Horowitz was unwilling to grant any more continuances and the DEFENDANT has already pled no contest and been sentenced on that case.

4. Local Rule 3.9(C) state in pertinent part that :

Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, *or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge*, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned. [emphasis added].

5. From the above cited rule, it appears that this Court would have the discretion to consolidate case number 03-20905-CR-HUCK with the instant case for purposes of plea and sentencing. Transferring the case would serve the interests of judicial economy by allowing the probation office to do only one pre-sentence investigation report. Additionally, only one change of plea and one sentencing hearing would be necessary to resolve both cases.

6. The undersigned has spoken with AUSA Donald Chase, the AUSA who is handling the case in front Judge Dimitrouleas, as well as AUSA David Frank about the instant motion. Neither of them have any objections.

WHEREFORE in the interests of justice as well as judicial economy, the DEFENDANT, prays this Honorable Court to exercise its discretion by granting the instant motion and consolidating case number 03-20905-CR-HUCK with the above-captioned case for purposes of plea and sentencing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Donald Chase, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida

33394 and AUSA David Frank, 99 N.E. 4th Street, Miami, Florida 33132, on this 2nd day of December, 2003.

Respectfully submitted,

DAVID M. EDELSTEIN, P.A.
1680 Michigan Avenue, Ste. 919
Miami Beach, Florida 33139
Tel: 305.538.4545
Fax: 305.674.3805

BY: _____
David M. Edelstein
Attorney for Defendant
Florida Bar No: 63665