


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00-6360-CR-DIMITROULEAS |
| Plaintiff | |
| vs. | **NOTICE OF TRIAL** |
| JOSE SANCHEZ, | |
| Defendant (s) | |

**TAKE NOTICE** that the above-entitled case has been Set for the two-week calendar of DECEMBER 29, 2003 at 9:00 A.M. before the **Honorable William P. Dimitrouleas**, United States District Judge, Courtroom 205 B, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301. <u>**COUNSEL and DEFENDANT**</u> shall report to a call of the trial calendar to be held at **9:00 A.M. on Friday, December 26, 2003** at Fort Lauderdale, Florida. Any motions for continuance must be filed in writing by 5:00 P.M. on **December 14, 2003**.

**********

Defense counsel are instructed to notify the court, in writing, within five days after the time periods outlined in the Standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the court.

**Counsel are required** to pre-mark all exhibits and provide the Court with two copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions and any special jury instructions by call of the calendar. The government is required to provide the Court with a complete set of jury instructions for use by the Court.



**Counsel are required** to inform the Court when a defendant is in custody or if an interpreter is required.

In a criminal case, if the defendant has not obtained counsel, the **AUSA shall notify defendant** of this trial date.

**Notify the Court immediately** at 954-769-5655 of any disposition or settlement of this case.

**ALL PARTIES ARE ON NOTICE THAT IF THIS CASE IS NOT REACHED DURING THE ABOVE CALENDAR PERIOD, IT WILL AUTOMATICALLY APPEAR ON THE NEXT AND SUBSEQUENT CALENDARS UNTIL REACHED. YOU MAY NOT BE RE-NOTICED. CALENDAR CALLS WILL BE HELD ON THE THURSDAY OR FRIDAY PRECEDING THE TWO-WEEK CALENDAR PERIOD AT 9:00 A.M.**

DATED: 12/03/03

BY ORDER OF THE CLERK,
CLARENCE MADDOX,

By: _Tammy Bulow for_
Karen A. Carlton
Courtroom Deputy

cc: Don Chase, AUSA
   David Edelstein, Esquire