UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6360-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO CONSOLIDATE FOR PURPOSES OF PLEA AND SENTENCING

THIS MATTER is before the Court pursuant to Defendant's December 2, 2003 Motion To Consolidate for Purposes of Plea and Sentencing. After reviewing the motion and conferring with Judge Huck, it is

ORDERED AND ADJUDGED that the motion is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 day of December, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA
David Frank, AUSA
David M. Edelstein, Esquire

