UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

vs.                         :    **RE-NOTICE**

JOSE SANCHEZ              :

---

**Type of Case: CRIMINAL**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| **PLACE:** | **DATE & TIME** |
|---|---|
| Federal Courthouse | **PREVIOUSLY SET:** DECEMBER 11, 2003 |
| 299 E. Broward Boulevard | 11:00 A.M. |
| Fort Lauderdale, Florida 33301 | **TIME OF HEARING RESET TO:** |
| **COURTROOM:** D | 9:30 A.M. |
| **ROOM:** 203 | |

---

**TYPE OF PROCEEDING:**

STATUS CONFERENCE   (DEFENDANT NEED NOT ATTEND)

---

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Date: 12/4/03

(By) Deputy Clerk

Copies to: AUSA Don Chase
David Moss Edelstein, Esq.

