HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JOSE SANCHEZ__   CASE NO: __00-6360-CR-DIMITROULEAS__
AUSA __DON CHASE__ —pres   ATTY __DAVID EDELSTEIN__

Disc complete
No pending motions
possible plea
4-5 days if goes to Trial

03-060
@ 961

DEFT __ALEXANDER BROWN__   CASE NO: __03-60253-CR-DIMITROULEAS__
AUSA __LARRY BARDFELD__ /Chase   ATTY __FPD__ Welcox for Smargo

Disc not rec'd
will be mailed today
No motions pending
any m/ due due 22

03-060
@ 1003

DATE __12/11/03__   TIME __9:30 A.M.__