UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ

    Defendant.
_____/



## DEFENDANT'S MOTION TO CHANGE CALENDAR CALL DATE TO MONDAY, DECEMBER 22ND

COMES NOW THE DEFENDANT, JOSE ENRIQUE SANCHEZ, by and through undersigned counsel, and moves this Honorable Court to move the calendar call date from Friday, December 26th to Monday, December 22nd. In support thereof, the DEFENDANT, JOSE ENRIQUE SANCHEZ, would state the following grounds:

1. The undersigned has holiday vacation plans beginning on Wednesday, December 24th. Although the undersigned could change these plans, it would be somewhat burdensome to do so.

2. The undersigned has spoken with AUSA Donald Chase, who would have no objection to resetting the calendar call to Monday, December 22nd. The December 22nd calendar call would accommodate Mr. Chases' holiday plans as well.

WHEREFORE, the DEFENDANT, prays this Honorable Court to reset the calendar call for the instant case from Friday, December 26th, to Monday, December 22nd.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Donald Chase, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, on this 12th day of December, 2003.

Respectfully submitted,

DAVID M. EDELSTEIN, P.A.
1680 Michigan Avenue, Ste. 919
Miami Beach, Florida 33139
Tel: 305.538.4545
Fax: 305.674.3805

BY: _____
David M. Edelstein
Attorney for Defendant
Florida Bar No: 63665