UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ

    Defendant.
_____/

FILED by _____ D.C.

DEC 15 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER ON DEFENDANT'S MOTION TO CHANGE CALENDAR CALL DATE TO MONDAY, DECEMBER 22ND

THIS CAUSE having come on to be heard before me this date upon the Defendant's motion to change the calendar call date from Friday, December 26th, to Monday, December 22nd, and the Court having heard argument of counsel and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is hereby _Granted_, and the calendar call shall be held on _Monday_, the _22_ day of December at _9:00 AM_

DONE AND ORDERED in Broward County, Florida this _15_ day of December, 2003.

William P. Dimitrouleas
United States District Court Judge

CC: David M. Edelstein, Esq
    Don Chase AUSA

