# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-cr-WPD   DATE: 12/22/03

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Jose Sanchez

U.S. ATTORNEY: Chase   DEFT. COUNSEL: D. Adelstein

REASON FOR HEARING: Status Conference

RESULT OF HEARING: Request Change of plea after 1/6/04. Set for Jan 12, 2004 at 9:00 Calendar call Jan 8, 2004 at 9:00 A.M.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

383