UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

   Plaintiff,

vs.

JOSE SANCHEZ,

   Defendant.
_____/



## ORDER GRANTING CONTINUANCE

This matter having come before the Court on December 22, 2003 on Defendant's Motion to Continue, after due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two week trial calendar commencing January 12, 2004 at 9:00 A.M., or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **Thursday, January 8, 2004 at 9:00 A.M.** It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of December, 2003.

                                          WILLIAM P. DIMITROULEAS
                                          United States District Judge

Copies furnished to:

Don Chase, AUSA
David Edelstein, Esquire