# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360 Cr WPD   DATE: 1/6/04

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Jose Sanchez (5)

U.S. ATTORNEY: D. Chase    DEFT. COUNSEL: R. Estestein

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: D. appeared & lay the guilty PSI ordered. Sent. set March 25, 2004 at 1:30 PM. to 2+4

CASE CONTINUED TO: 3/25/04   TIME: 1:30AM   FOR: Sent.

MISC: _____

