UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 00-6360-cr-WPD

vs

**NOTICE OF SENTENCING**

Jose Sanchez

TO: DEFENDANT, DEFENSE COUNSEL and U.S. ATTORNEY'S OFFICE

By direction of the Honorable Wm. P. Dimitrouleas, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on Thursday, March 25, 2004 at 9:30 AM for imposition of sentence. On that date, report to:

☐ 301 North Miami Avenue, Miami, Florida 33128, Courtroom No. _____

☐ 300 N.E. 1st Avenue, Miami, Florida 33132, Courtroom No. _____

☐ 99 N.E. 4th Street, Miami, Florida 33132, Courtroom No. _____

☑ 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301, Courtroom No. 205B

☐ 701 Clematis Street, West Palm Beach, Florida 33401, Courtroom No. _____

☐ 300 South 6th Street, Fort Pierce, Florida 34950, Courtroom No. _____

☐ 301 Simonton Street, Key West, Florida 33040, Courtroom No. _____

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. § 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

CLARENCE MADDOX
COURT ADMINISTRATOR•CLERK OF COURT

By: _____
         Deputy Clerk

DATE: 1/6/04

COUNSEL FOR DEFENDANT: _____

DEFENDANT: _____

| GUILTY PLEA ☑ | BOND ☐ | TO COUNTS: 2+4 |
| TRIAL ☐ | FEDERAL CUSTODY ☑ | OF TOTAL COUNTS: 3 |
| | STATE CUSTODY ☐ | AUSA Chase |
| | U.S.M. CUSTODY ☐ | |

cc: U.S. Attorney     U.S. Marshal     U.S. Probation Office     Pre-Trial Services     Defense Counsel     Defendant