UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6360-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ,

    Defendant.
_____/

FILED by ___ D.C.
FEB 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER RESETTING SENTENCING

THIS CAUSE is before the Court on Probation's February 19, 2004 Request to Reset Sentencing, and the Court having reviewed the Court file, the Sentencing is reset to April 8, 2004 at 9:15 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of February, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Edelstein, Esquire
Don Chase, AUSA
Thomas Felasco, USPO