UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
ELECTRONIC

Mar 18 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ

       Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW THE DEFENDANT, JOSE ENRIQUE SANCHEZ, by and through undersigned counsel, pursuant the Federal Rules of Criminal Procedure and the Local Rules for the Southern District of Florida, and files his objections to the Presentence Investigation Report prepared by U.S. Probation Officer Thomas Felasco. The DEFENDANT would state the following objections:

1.    Paragraphs 30 and 31 implicate the DEFENDANT in the household products theft (Clorox) and attribute the loss value in this theft ($85,150.00) to the DEFENDANT. The DEFENDANT contends, and the government concurs, that the DEFENDANT should not be held accountable for this amount, but rather the sum of the Canon and Crayola thefts only. This amount is $361,517.00.

2.    Paragraph 61 of the Report incorrectly states that the sentence imposed in case number F98-21532A was sixteen months imprisonment thereby adding three criminal history points pursuant to Section 4A1.1(a) of the Guidelines. The DEFENDANT was actually sentenced to six months imprisonment pursuant to this case as documented by the official record of the Clerk of Court for Miami-Dade County. He should therefore only be assigned two points per Section 4A1.1(b).

3.    Paragraphs 63 and 64 each impose one criminal history point for Broward County case numbers 99-3488CF10B and 02-19629CF10A despite the fact that the Court

sentenced the DEFENDANT concurrently on these two cases. Pursuant to Section 4A1.2 of the Guidelines, concurrent sentences are to be treated as one sentence for purposes of Section 4A1.(c). Therefore the Court should only impose one criminal history point for both cases as they are related cases.

The above represents the sum and substance of the DEFENDANT's objections to the Presentence Investigation Report.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Donald Chase, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and, on this 18th day of March, 2004.

Respectfully submitted,

DAVID M. EDELSTEIN, P.A.
1680 Michigan Avenue, Ste. 919
Miami Beach, Florida 33139
Tel: 305.538.4545
Fax: 305.674.3805
Email: david@davidedelstein.com

BY: _____
David M. Edelstein
Attorney for Defendant
Florida Bar No: 63665