UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                     CASE NO.  00-6360-CR-DIMITROULEAS

     Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ,

     Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's objections to Revised Presentence Investigation Report [DE 390] and request for downward departure, and the Court having heard arguments at sentencing, the request is **GRANTED** to a Criminal History Category III as the criminal history is over-represented by a Category IV.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Edelstein, Esq.
Don Chase, AUSA