# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _HL_ D.
APR 08 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6360-CR-WPD    DATE: April 8, 2004

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Jose Sanchez

U.S. ATTORNEY: An Mase    DEFT. COUNSEL: David Edelstein

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: Counts 2 + 4 27 Months BOP on both counts to run concurrent to each other and concurrent to 03-20905-CR-Huck. 3 years Supervised Release on both counts to run concurrent. No Fine — $96,480.60 Joint + Several liability $200 Assessment. Probation is directed to provide dft w/ a written statement of his conditions of Supervised Release.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Dft informed of Right to Appeal.

396