UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

   Plaintiff,

vs.

JOSE ENRIQUE SANCHEZ,

   Defendant.
_____/

FILED by ___ D.C.
JAN 10 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE is before the Court on the Government's January 10, 2005 Motion Pursuant to Rule 35, this Court sets a hearing on <u>February 10, 2005 at 9:15 A.M.</u> Such hearing to be held at the Fort Lauderdale Courthouse, 299 E. Broward Boulevard, Courtroom 205B. The Government shall secure whatever writs or orders are necessary to secure the Defendant's presence at this hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of January, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Don Chase, AUSA
David M. Edelstein, Esquire
U.S. Marshals Office

