# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
FEB 10 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6360-CR-WPD    DATE: February 10, 2005

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Jose Enrique Sanchez

U.S. ATTORNEY: Da Chase    DEFT. COUNSEL: David Edelstein

REASON FOR HEARING: Gov't's Rule 35 motion to Reduce

RESULT OF HEARING: Sentence. Gov't's motion is Granted. Sentence is reduced to Time Served. All other aspects of sentence to remain the same.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

