

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
Plaintiff,

VS.

JOSE ENRIQUE SANCHEZ
Defendant.

## ORDER

THIS CAUSE having been heard before the Court on February 10, 2005 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b).

Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of 27 months imprisonment previously imposed is reduced to TIME SERVED. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _10_ day of February, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

- Copies furnished to:
  Donald Chase, AUSA
  David Edelstein, Esq.
  U.S. Probation Office
  U. S. Marshal (3 certified copies)